FLORENCE DEAN, *ET AL*, v.
UNITED STATES RUBBER CO., *ET AL.*

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. ORESTES J. GARCIA.

October 7, 1970. Petition for certification denied.

DOMINICK BADOLATO v. HERMAN G. KLEIN, *ET AL.*

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED WILLIAMS.

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF O. W.

October 7, 1970. Petition for certification denied.